



**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Nicholas Green
*Assistant Corporation Counsel*
Labor & Employment Law Division
(212) 356-2445
nigreen@law.nyc.gov

April 15, 2020

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The Initial Pretrial Conference in this matter is hereby adjourned to June 12, 2020 at 3:45 P.M.

Re:   Daniel Caligiuri v. The City of New York
       Docket No. 19-CV-10818 (AJN)

Dear Judge Nathan:

I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendant City of New York in the above-referenced action. I write on behalf of both parties to request an adjournment of the initial conference currently scheduled for this matter on April 24, 2020 for thirty days to May 29, 2020, June 5, 2020, June 12, 2020 or to a date more convenient for the Court. Plaintiff has consented to this request, and this is the parties' first request for an adjournment of this conference. This adjournment will not affect any other deadlines in this proceeding.

The parties engaged in an initial mediation session on April 9, 2020 and continue to negotiate and exchange information as part of the mediation process in the hopes of settlement. The parties believe that delaying the initial conference may facilitate these settlement negotiations and request an adjournment towards that end. This adjournment will allow the parties to complete the mediation process prior to the Court conference and determine whether a resolution will be possible at this stage of litigation.

Accordingly, the parties respectfully request that the conference scheduled for April 24, 2020 be adjourned thirty days to May 29, 2020, June 5, 2020, June 12, 2020 or to a date more convenient for the Court.

Respectfully submitted,

*/s/ Nicholas Green*
Nicholas Green
Assistant Corporation Counsel

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
4/20/20

- 2 -

cc:     Edgar M. Rivera (via ECF)
        The Harman Firm, LLP
        Attorneys for Plaintiff
        381 Park Avenue, South, Suite 1220
        New York, NY 10016
        (212) 452-2600
        erivera@theharmanfirm.com